FILED
2007 NOV -7 PM 2:18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3021 WOH |
| Plaintiff, | INDICTMENT |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| PEDRO CRUZ-TERCERO, | |
| Defendant. | |

The grand jury charges:

On or about October 16, 2007, within the Southern District of California, defendant PEDRO CRUZ-TERCERO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//

DDL:em:San Diego
11/6/07

It is further alleged that defendant PEDRO CRUZ-TERCERO was removed from the United States subsequent to October 15, 2001.

DATED: November 7, 2007.

A TRUE BILL:

/s/ Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/
DAVID D. LESHNER
Assistant U.S. Attorney