```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | CHRISTOPHER P. TENORIO
   | Assistant U.S. Attorney
 3 | California State Bar No. 166022
   | 880 Front Street, Room 6293
 4 | San Diego, California 92101-8893
   | Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5 | Email: Christopher.Tenorio@usdoj.gov
 6 | Attorneys for Plaintiff
   | United States of America
 7 |
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3021-WQH |
|---|---|
| Plaintiff, | ) |
| | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| PEDRO CRUZ-TERCERO, | ) |
| Defendant. | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

   Please call me if you have any questions about this notice.

   DATED:   December 27, 2007

                              Respectfully submitted,

                              KAREN P. HEWITT
                              United States Attorney


                              s/ Christopher P. Tenorio
                              CHRISTOPHER P. TENORIO
                              Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3021-WQH |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO CRUZ-TERCERO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Daniel Casillas, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2007.

s/ *Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

2