1  DANIEL CASILLAS, ESQ., SBN 110298
   Attorney at Law
2  101 West Broadway, Suite 1950
   San Diego, California 92101
3  Tel:  (619) 237-3777
   Fax: (619) 238-9914
4  Email: dcesq1@sbcglobal.net

5  Attorney for Defendant

6

7

8                    **UNITED STATES DISTRICT COURT**

9                 **SOUTHERN DISTRICT OF CALIFORNIA**

10                **(HONORABLE WILLIAM Q. HAYES)**

11  UNITED STATES OF AMERICA,          Criminal Case No. 07CR3021-WQH

12                      Plaintiff,     DATE:   February 4, 2008
                                       TIME:    2:00 p.m.
13   vs.
                                       **NOTICE OF MOTIONS AND MOTIONS:**
14
                                       **1. DISMISS INDICTMENT FOR FAILURE**
15  PEDRO CRUZ-TERCERO,                   **TO ALLEGE ESSENTIAL ELEMENTS**
                                       **2. SUPPRESS STATEMENTS**
16                      Defendant.

17

18  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND CHRISTOPHER TENORIO,

19         ASSISTANT UNITED STATES ATTORNEY.

20         Please take notice that on the above date and time, or as soon thereafter as counsel may be

21  heard, defendant PEDRO CRUZ-TERCERO, by and through his counsel, Daniel Casillas, shall

22  bring the above-entitled motions.

23                               **MOTIONS**

24         Mr. Cruz-Tercero, by and through his counsel, Daniel Casillas, and pursuant to the United

25  States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case

26  law and local rules, hereby moves this Court to grant the above-entitled motions.

27         These motions are based upon the instant motions, notice of motions, the statement of facts,

28  and the memorandum of points and authorities, the files and records in the above-entitled case, and

                                                                    07CR3021-WQH

1 │ any and all other evidence that may come to this Court's attention prior to or at the time of the

2 │ hearing on these motions.

3 │ Dated: January 28, 2008

Respectfully submitted,

*s/DANIEL CASILLAS*
DANIEL CASILLAS
Attorney for Defendant
PEDRO CRUZ-TERCERO

07CR3021-WQH