Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:  (714) 646-3721



FILED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PEDRO CRUZ-TERCERO,

    Defendant

Case No: 3:07-cr-03021-WQH-1

**SUBSTITUTION OF ATTORNEY**

PEDRO CRUZ-TERCERO _____ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, Daniel Casillas.

DATED: X 12/16/07     X _____
                                      DEFENDANT
                                Pedro Cruz T.

I consent to the above substitution.

DATED: 2-15-08     _____
                            PRESENT ATTORNEY

1        3:07-cr-03021-WQH-1

1  //
2      I am duly admitted to practice in this district.
3      I accept the above substitution.
4
5  DATED: __02-14-08__          _____
6                                              NEW ATTORNEY
7
8      Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE
9  COURT.
10
11 DATED:                        APPROVED: **William Q. Hayes**
12 __2/19/08__                   _____
13                               UNITED STATES DISTRICT COURT

2    SOA 3:07-cr-03021-WQH-1