FILED

MAR 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PEDRO CRUZ-TERRENO

Defendant.

CASE NO. 07-CR-03021-QWH

WAIVER OF TRIAL BY JURY
AND
WAIVER OF SPECIAL FINDINGS OF FACT

The undersigned defendant hereby waives the right to a trial by a jury and requests the Court to try all charges against him/her in this case without a jury.

The undersigned defendant further waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

___17/03/___, 20_08_                    _____
                                              Defendant

The undersigned attorney represents that prior to the signing of the foregoing waiver, the above-named defendant was fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, and the right to request special findings in a case tried without a jury; and further represents that, in his/her opinion, the above waiver by the defendant of trial by jury and special findings is voluntarily and understandingly made, and recommends to the Court that the waiver be approved.

___03-17-08___, 20_08_                    _____
                                         Attorney for Defendant

The United States Attorney hereby consents that the case be tried without a jury, and waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

___March 17___, 20_08_                    United States Attorney

                                         By_____
                                         Assistant U.S. Attorney

APPROVED: _3/17/08_, 20__                _____
                                         UNITED STATES DISTRICT JUDGE