# EXHIBIT LIST

## United States v. Cruz-Tercero

Criminal Case No. 07CR0302-WQH

_X_ Plaintiff ___ Defendant   Type of Hearing ___Trial___

| NO. | IDENT. | EVID | BEERS | DESCRIPTION | WITNESS |
|---|---|---|---|---|---|
| 1 | MAR 1 8 2008 | MAR 1 8 2008 | K1 | Fingerprint Card of Defendant | Beers |
| 2 | MAR 1 8 2008 | | K2, K3 | Record of Deportable Alien (Form I-213) [10/16/07] | Beers |
| 3 | MAR 1 8 2008 | MAR 1 8 2008 | K4 | Final Disposition Report (R-84) [10/16/07] | Beers |
| 4 | | | K5 | Warrant of Removal/Deportation (Form I-205) [10/16/07] | Beers |
| 5 | MAR 1 8 2008 | MAR 1 8 2008 | K6 | Warrant of Removal/Deportation (Form I-205) [2/16/05] | Beers |
| 6 | MAR 1 8 2008 | MAR 1 8 2008 | K7 | Warning to Alien (Form I-294) [1/18/05] | Beers |
| 7 | MAR 1 8 2008 | MAR 1 8 2008 | K8 | Final Administrative Deportation Order (I-851A) (1/28/05) | Beers |
| 8 | MAR 1 8 2008 | MAR 1 8 2008 | K9, K10 | Notice of Intent to Issue a Final Administrative Removal Order (I-851) [1/21/05] | Beers |
| 9 | | | | Report of David Eliot Beers | Beers |
| 10 | | | | Certificate of Non-existence | Salazar |
| 11 | | | | | |
| 12 | | | | | |